

# Fourth Court of Appeals
## San Antonio, Texas

July 9, 2015

No. 04-15-00331-CR

Fernando **TORRES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR1546W
Honorable Melisa Skinner, Judge Presiding

## O R D E R

On June 16, 2015, we issued an order based on the trial court's certification signed on March 5, 2015 stating that "this criminal case is a plea-bargain case, and the defendant has NO right of appeal." We ordered appellant to cause an amended trial court certification to be filed by July 15, 2015, showing that appellant has the right of appeal. *See* TEX. R. APP. P. 25.2(d); 37.1; *see also Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005); *Daniels v. State*, 110 S.W.3d 174 (Tex. App.—San Antonio 2003, no pet.). Appellant's counsel subsequently brought this Court's attention to an amended trial court certification signed on May 22, 2015 in which the trial court granted permission to appeal the matters raised in appellant's motion for new trial. *See* TEX. R. APP. P. 25.2(a)(2)(B). Accordingly, we have jurisdiction and this appeal is retained on this Court's docket. The reporter's record is due ***thirty (30) days*** from the date of this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of July, 2015.

_____
Keith E. Hottle
Clerk of Court